*Certiorari Granted.*

No. 331. CALLEN *v.* PENNSYLVANIA RAILROAD Co. ▆▆▆▆▆▆▆▆ Certiorari granted. *John H. Hoffman* and *Edward J. Griffiths* for petitioner. *Philip Price, Hugh B. Cox* and *John R. Wall* for respondent. *Lee Pressman* and *Frank J. Donner* filed a brief for the United Railroad Workers of America, C. I. O., as *amicus curiae,* supporting the petition. ▆▆▆▆▆▆▆▆

No. 329. JOHNSON *v.* UNITED STATES. ▆▆▆▆▆▆ Certiorari granted limited to questions 1 and 2 presented by the petition for the writ. *John F. Garvin* for petitioner. *Solicitor General Perlman, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States. ▆▆▆▆▆

*Certiorari Denied.*

No. 245. STEINGUT ET AL., RECEIVERS, *v.* GUARANTY TRUST CO. ET AL.; and

No. 247. TILLMAN *v.* MILLARD ET AL. ▆▆▆▆▆▆ Certiorari denied. *Albert R. Connelly* and *Samson Selig* for petitioners in No. 245. *Borris M. Komar* and *David L. Sprung* for petitioner in No. 247. *Solicitor General Perlman* for the United States, respondent. *John W. Davis* and *Ralph M. Carson* for the Guaranty Trust Company of New York, respondent. ▆▆▆▆▆▆